IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL TROICE, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | Civil Action No. 3:09-CV-1274-N |
| § | | |
| WILLIS OF COLORADO, INC., *et al.*, § | | |
| § | | |
| Defendants. § | | |

## ORDER

This Order addresses the Plaintiffs' motion for leave to file an amended complaint [66]. The Court grants the motion and orders the Plaintiffs to file their amended complaint within three (3) days of the date of this Order. Per the Defendants' representations, the Court will address the Defendants' pending motions to dismiss as directed at the Plaintiffs' newly amended complaint. *See* Defs.' Resp. at 7 n.8 [73].

Signed March 29, 2011.

David C. Godbey
United States District Judge

ORDER – SOLO PAGE