IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SAMUEL TROICE, *et al.*, § | | |
| § | | |
| Plaintiffs, § | | |
| § | | |
| v. § | | Civil Action No. 3:09-CV-1274-N |
| § | | |
| WILLIS OF COLORADO, INC., *et al.*, § | | |
| § | | |
| Defendants. § | | |

# **FINAL JUDGMENT**

By separate Order of this same date, the Court has granted Defendants' motions to dismiss and Plaintiffs' notice of voluntary dismissal of individual claims. Accordingly, it is ordered that Plaintiffs take nothing by their claims against Defendants, that those class claims are dismissed with prejudice, and that those individual claims are dismissed without prejudice. Court costs are taxed against Plaintiffs. All relief not expressly granted is denied. This is a final judgment.

Signed October 27, 2011.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE