### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **SAMUEL TROICE,** | § | |
| **MARTHA DIAZ,** | § | |
| **PAULA GILLY-FLORES,** | § | |
| **PUNGA PUNGA FINANCIAL, LTD.,** | § | |
| **MANUEL CANABAL,** | § | |
| **DANIEL GOMEZ FERREIRO, and** | § | |
| **PROMOTORA VILLA MARINO, C.A.** | § | |
| **individually and on behalf of a class** | § | |
| **of all others similarly situated** | § | |
| | § | |
| **VS.** | § | **CIVIL ACTION NO. 3:09-cv-01274-L** |
| | § | |
| **WILLIS OF COLORADO INC.,** | § | |
| **WILLIS LTD.;** | § | |
| **WILLIS GROUP HOLDINGS LTD.,** | § | |
| **AMY S. BARANOUCKY,** | § | |
| **ROBERT S. WINTER, and** | § | |
| **BOWEN, MICLETTE & BRITT, INC.** | § | |
| | § | |
| **Defendants.** | § | |

---

### NOTICE TO COURT REGARDING RESOLUTION OF PLAINTIFFS' MOTION TO QUASH AND MOTION FOR PROTECTIVE ORDER ON DEFENDANT'S NOTICES OF INTENTION TO TAKE ORAL DEPOSITIONS OF SAMUEL TROICE, MARTHA DIAZ, PAULA GILLY-FLORES, PUNGA PUNGA FINANCIAL, LTD., MANUEL CANABAL, DANIEL GOMEZ FERREIRO, PROMOTORA VILLA MARINO, C.A., PROFESSOR EDWARD F. SHERMAN AND PROFESSOR ALEJANDRO M. GARRO

---

NOW COME Plaintiffs, Samuel Troice, Martha Diaz, Paula Gilly-Flores, Punga Punga Financial, Ltd., Manuel Canabal, Daniel Gomez Ferreiro, and Promotora Villa Marino, C.A., individually and on behalf of a class of all others similarly situated, (collectively hereinafter "Plaintiffs") and file this Notice to the Court regarding the Resolution of Plaintiffs' Motion to Quash and Motion for Protective Order on Defendant's Notices of Intention to Take Oral Depositions of Samuel Troice, Martha Diaz, Paula Gilly-Flores, Punga Punga Financial, Ltd., Manuel Canabal, Daniel Gomez Ferreiro, Promotora Villa Marina, C.A., Professor Edward F.

Sherman and Professor Alejandro M. Garro Doc. No. 210, and in support thereof, would show the Court the following:

Following Plaintiff's filing of the Motion, Doc. No. 210, Plaintiffs and Defendants met and conferred further and through negotiations were able to resolve Plaintiffs' concerns regarding Defendant's deposition notices.  As such, Plaintiffs no longer require the Court's intervention in this matter, and respectfully request that the Court take the Motion (Doc. No. 210) off calendar.

Respectfully submitted,

**CASTILLO SNYDER, P.C.**
Bank of America Plaza, Suite 1020
300 Convent Street
San Antonio, Texas  78205
Telephone:  (210) 630-4200
Facsimile:  (210) 630-4210

By:  */s Edward C. Snyder*
    EDWARD C. SNYDER
    State Bar No. 00791699
    esnyder@casnlaw.com
    JESSE R. CASTILLO
    State Bar No. 03986600
    jcastillo@casnlaw.com

**NELIGAN FOLEY, LLP**
Republic Center
325 N. St. Paul, Suite 3600
Dallas, Texas  75201
Telephone: (214) 840-5320
Facsimile:  (214) 840-5301

By:  */s Douglas J. Buncher*
    DOUGLAS J. BUNCHER
    State Bar No. 03342700
    dbuncher@neliganlaw.com

**ATTORNEYS FOR PLAINTIFFS AND
THE PUTATIVE CLASS**

EDWARD F. VALDESPINO
State Bar No. 20424700
edward.valdespino@strasburger.com
JUDITH R. BLAKEWAY
State Bar No. 02434400
judith.blakeway@strasburger.com
STRASBURGER & PRICE, LLP
2301 Broadway Street
San Antonio, Texas 78215
Telephone: (210) 250-6000
Facsimile: (210) 250-6100

DAVID N. KITNER
State Bar No. 11541500
david.kitner@strasburger.com
STRASBURGER & PRICE, LLP
901 Main Street, Suite 4400
Dallas, Texas  75202
Telephone: (214) 651-4300
Facsimile: (214) 651-4330

## <u>CERTIFICATE OF SERVICE</u>

On January 19, 2015, I hereby certify that I have served all counsel and/or pro se parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Edward C. Snyder*
EDWARD C. SNYDER